```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

SHELLEY M FERNEAU,              )
                                )
               Plaintiff,       )         4:06CV3300
                                )
      v.                        )
                                )
PAPPAS TELECASTING OF CENTRAL   )         MEMORANDUM AND ORDER
NEBRASKA/PAPPAS TELECASTING     )
OF NEBRASKA, INC.,              )
                                )
               Defendant.       )
                                )
```

Upon consideration of Defendant's Motion to Stay, the motion is unnecessary, as the filing of the motion to dismiss automatically delays the answer date until after ruling on the motion to dismiss.  <u>See</u>, Fed. R. Civ. P. 12(a)(4)(A).

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 13, is denied as moot.

DATED this 21st day of February, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge