```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

SHELLEY M FERNEAU,              )
                                )
              Plaintiff,        )         4:06CV3300
                                )
       v.                       )
                                )
PAPPAS TELECASTING OF CENTRAL   )         ORDER
NEBRASKA/PAPPAS TELECASTING     )
OF NEBRASKA, INC.,              )
                                )
              Defendant.        )
                                )
```

IT IS ORDERED,

Plaintiff's unopposed oral motion to continue the Rule 16 telephone planning conference is granted and the conference is continued from today to June 27, 2007 at 11:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge