## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELLEY M. FERNEAU, formerly known as SHELLEY M. PINO,<br><br>    Plaintiff<br><br>v.<br><br>PAPPAS TELECASTING OF CENTRAL NEBRASKA/PAPPAS TELECASTING OF NEBRASKA, INC.,<br><br>    Defendant. | Case No.  06cv3300<br><br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Pappas Telecasting of Central Nebraska/ Pappas Telecasting of Nebraska, Inc.'s Motion for Extension of Time. (Filing No. 40).

The Court, finds that said Motion should be granted.  Accordingly, IT IS ORDERED that the Motion for Extension of Time is granted and Defendant's deadline for disclosing experts is extended until October 8, 2007.

Dated this 28th day of August 2007.

                                                                             BY THE COURT

                                                               s/ *David L. Piester*

                                                               David L. Piester<br>
                                                               United States Magistrate Judge