IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY M. FERNEAU, formerly known as SHELLEY M. PINO, | ) ) ) | 4:06CV3300 |
| Plaintiff, | ) ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| PAPPAS TELECASTING OF CENTRAL NEBRASKA/ PAPPAS TELECASTING OF NEBRASKA, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

  The defendant has filed a motion to dismiss without prejudice (filing 52) for the plaintiff's failure to comply with the court's order of September 18, 2007, which directed the plaintiff within 30 days to either obtain substitute counsel, apply for appointment of counsel, or indicate that she would proceed pro se (without counsel). The plaintiff has since filed notice that she will proceed pro se (filing 53). Although this filing is two weeks late, the court does not believe that a dismissal is warranted. Accordingly, the defendant's motion will be denied, and this case will be referred to the pro se docket for progression.

  IT IS ORDERED that:

  1.  Defendant's motion to dismiss (filing 52) is denied.

  2.  This case is referred to the court's pro se docket.

November 5, 2007.        BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge