IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY M. FERNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3300 |
| | ) | |
| v. | ) | |
| | ) | |
| PAPPAS TELECASTING OF | ) | **MEMORANDUM** |
| CENTRAL NEBRASKA/PAPPAS | ) | **AND ORDER** |
| TELECASTING OF NEBRASKA, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Withdraw its Motion to Compel. (Filing No. 68.) For good cause shown, the motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Withdraw its Motion to Compel (filing no. 68) is granted.

2. Defendant's Motion to Compel (filing no. 65) is denied without prejudice.

April 16, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge