IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY M. FERNEAU, formerly known as SHELLY M. PINO, | ) ) ) | 4:06CV3300 |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| PAPPAS TELECASTING OF CENTRAL NEBRASKA/ PAPPAS TELECASTING OF NEBRASKA, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 78) is granted, as follows:

Plaintiff shall have until July 18, 2008, to respond to Defendant's motion for summary judgment (filing 70).

June 30, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge