```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHELLEY M. FERNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3300 |
| | ) | |
| v. | ) | |
| | ) | |
| PAPPAS TELECASTING OF CENTRAL | ) | ORDER |
| NEBRASKA/PAPPAS TELECASTING | ) | |
| OF NEBRASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to continue trial and discovery deadline, filing no. 92, is granted, and

1.  Jury trial is continued to 9:00 a.m., January 20, 2009 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Hollins v. Hollister, 4:08cv3013. Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held January 6, 2009 at 10:00 a.m. before the undersigned magistrate judge.

3.  The deposition deadline is continued to December 31, 2008.

DATED this 8th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge