IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY M. FERNEAU, formerly known as SHELLEY M. PINO, | ) ) ) | 4:06CV3300 |
| Plaintiff, | ) | |
| v. | ) ) | **ORDER** |
| PAPPAS TELECASTING OF CENTRAL NEBRASKA/ PAPPAS TELECASTING OF NEBRASKA, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

Upon consideration of the parties' joint stipulation (filing 98),

IT IS ORDERED:

1. This case is removed from the court's trial list for the week of January 20, 2009.

2. If the parties do not file a stipulation for dismissal with prejudice on or before July 1, 2009, this case shall be subject to dismissal by the court without further notice.

January 12, 2009.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge